**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Guillermo Castro    JOINT DEBTOR: _____    CASE NO.: 13-35361
Last Four Digits of SS# 7732    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.  $ 925.72    for months   1   to   59   ;
    B.  $_____ for months _____ to _____ ;
    C.  $_____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $   0    TOTAL PAID $   0
                 Balance Due    $   0    payable $_____ /month  (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPL Investment Corporation          Arrearage on Petition Date   $ 23,544.13 (Payment includes 13.5% interest)
   Address: Attn: Ivan Castaneda/Ocean Bank   Arrears Payment   $ 548.19 /month (Months   1   to   59  )
            780 NW 42 Avenue Suite 411   Regular Payment   $_____ /month (Months _____ to _____)
            Miami, FL 33126
   Account No: Folio 08-2121-007-1840
               Tax years 2007, 2008, 2009

2. JPL Investment Corporation          Arrearage on Petition Date   $ 4,650.97 (Payment includes 5.5% interest)
   Address: Attn: Ivan Castaneda/Ocean Bank   Arrears Payment   $ 90.15 /month (Months   1   to   59  )
            780 NW 42 Avenue Suite 411   Regular Payment   $_____ /month (Months _____ to _____)
            Miami, FL 33126
   Account No: Folio 08-2121-007-1840
               Tax year 2010

3. Mathon Investments Corporation      Arrearage on Petition Date   $ 4,294.74 (Payment includes 16.75% interest)
   Address: 8770 Sunset Drive #531     Arrears Payment   $ 107.31 /month (Months   1   to   59  )
            Miami, FL 33173 #531       Regular Payment   $_____ /month (Months _____ to _____)
   Account No: Folio 08-2121-007-1840
               Tax year 2011

4. Ariel Fund 2013 Tax LLC             Arrearage on Petition Date   $ 3,737.92 (Payment includes 18% interest)
   Address: 5151 Collins Avenue #1727  Arrears Payment   $ 95.92 /month (Months   1   to   59  )
            Miami Beach, FL 33140      Regular Payment   $_____ /month (Months _____ to _____)
   Account No: Folio 08-2121-007-1840
               Tax year 2012

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | _____ To _____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                Payable    $_____ /month (Months _____ to _____) Regular Payment $_____
2. _____   Total Due  $_____
                Payable    $_____ /month (Months _____ to _____) Regular Payment $_____

Unsecured Creditors: Pay $_____ /month (Months _____ to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that each year the case is pending the debtor(s) shall provide the trustee with their filed tax returns at the same time as the tax returns are filed with the Internal Revenue Service or other taxing agency and shall provide the trustee with verification of their disposable income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____
Debtor Guillermo Castro

Date:  November 4, 2013

LF-31 (rev. 01/08/10)