# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Guillermo Castro,                               Case No.13-35361
                                                         Chapter 13

        Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 20, 2013 copies of the debtor's First Amended Chapter 13 Plan; First Amended Schedule B; First Amended Schedule C; First Amended Schedule E; First Amended Schedule F; First amended Schedule I; First Amended Schedule J; Form L-4; and Notice of Meeting of Creditors were provided to the following addressees in the manner indicated:

**Nancy K. Neidich, Trustee via electronic filing**

**and by U.S. Mail to:**

Ariel Fund 2013 Tax LLC
5151 Collins Avenue, Suite 1727
Miami Beach, FL 33140

City of Opa Locka Dept. of Public Works
12950 NW 42nd Avenue
Opa Locka, FL 33054

City of Opa Locka
Code Enforcement
P. O. Box 540371
Opa Locka, FL 33054

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

JPL Investment Corporation
Attn.: Ivan Castaneda/Ocean Bank
780 NW Le Jeune Rd., Suite #411
Miami, FL 33126

Mathon Investment Corporation
8770 Sunset Drive, Suite 531
Miami, FL 33173

Miami Dade County Tax Collector
140 W. Flagler Street, Room #101
Miami, FL 33130

Miami Dade County Tax Collector
140 W. Flagler Street, Room 101
Miami, FL 33130

Case No.13-35361
Page -2-

                                Respectfully submitted,

                                LEGAL SERVICES OF GREATER
                                MIAMI, INC.

                                By _____/s/_____
                                   Carolina A. Lombardi
                                   Florida Bar No.  241970
                                   Attorney for Debtor
                                   3000 Biscayne Boulevard, Suite 500
                                   Miami, FL 33137
                                   Telephone: (305) 438-2427
                                   Facsimile: (305) 573-5800
                                   Primary Email: Clombardi@lsgmi.org
                                   Secondary Email: Ozaribaf@lsgmi.org