UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re: Guillermo Castro,

                                                                            Case No. 13-35361-RAM

         Debtor.                                                                Chapter 13

_____/

## NOTICE OF APPEARANCE

TO: Carolina A. Lombardi, Esq., Attorney for Debtor, 3000 Biscayne Blvd, #500, Miami, Florida 33137 (clombardi@lsgmi.org); Nancy K. Neidich, Trustee, P. O. Box 279806, Miramar, Florida 33027 (nancy@ch13herkert.com); Office of the United States Trustee, 51 S.W. First Avenue, Room 1204, Miami, Florida, 33130 (USTPRegion21.MM.ECF@usdoj.gov); and all others whom it may concern:

PLEASE TAKE NOTICE THAT the undersigned appears as counsel of record for the creditor, OCEAN BANK, in the above styled cause. Please direct copies of all motions, pleadings, notices, orders, or matters that arise in this case to OCEAN BANK at the address shown below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true copy of the foregoing Notice of Appearance was furnished to the addressees listed above by electronic transmission.

 

_____
Michael R. Carroll, Esq.
Ocean Bank Legal Department
780 N.W. 42nd Avenue, Suite 500
Miami, Florida 33126-5540
PH: (305) 569-5001
FAX: (305) 569-5615
E-MAIL: mcarroll@oceanbank.com
              legalservice@oceanbank.com