**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X  3rd      Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Guillermo Castro          JOINT DEBTOR: _____          CASE NO.: 13-35361
Last Four Digits of SS# 7732      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.   $ 1,071.26   for months   1   to   59  ;
    B.   $ 5,203.00   for months   60   to ____  ;
    C.   $ _____   for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $   0    TOTAL PAID $   0
                   Balance Due   $   0   payable $____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. JPL Investment Corporation            Arrearage on Petition Date    $ 23,544.13 (Payment includes 18% interest)
Address: Attn: Ivan Castaneda/Ocean Bank   Arrears Payment    $ 604.15  /month (Months   1   to   59  )
        780 NW 42 Avenue Suite 411              Regular Payment   $____ /month (Months ____ to ____)
        Miami, FL 33126
Account No: Folio 08-2121-007-1840
        Tax years 2007, 2008, 2009

2. JPL Investment Corporation            Arrearage on Petition Date    $ 4,650.97 (Payment includes 5.5% interest)
Address: Attn: Ivan Castaneda/Ocean Bank   Arrears Payment    $ 90.15  /month (Months   1   to   59  )
        780 NW 42 Avenue Suite 411              Regular Payment   $____ /month (Months ____ to ____)
        Miami, FL 33126
Account No: Folio 08-2121-007-1840
        Tax year 2010

3. Mathon Investments Corporation        Arrearage on Petition Date    $ 4,294.74 (Payment includes 16.75% interest)
Address: 8770 Sunset Drive #531           Arrears Payment    $ 107.31  /month (Months   1   to   59 )
        Miami, FL 33173 #531                    Regular Payment   $____ /month (Months ____ to ____)
Account No: Folio 08-2121-007-1840
        Tax year 2011

4. Ariel Fund 2013 Tax LLC               Arrearage on Petition Date    $ 3,737.92 (Payment includes 18% interest)
Address: 5151 Collins Avenue #1727        Arrears Payment    $ 95.92  /month (Months   1   to   59  )
        Miami Beach, FL 33140                   Regular Payment   $____ /month (Months ____ to ____)
Account No: Folio 08-2121-007-1840
        Tax year 2012

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ____ To ____ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service      Total Due $   4504.97
                        Payable  $   76.35   /month (Months 1 to 59) Regular Payment $____
2. _____                  Total Due $____
                        Payable  $____ /month (Months ____ to ____) Regular Payment $____

Unsecured Creditors: Pay $   4,730.00   /month (Months   60   to ____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income..

The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s/_____
Debtor Guillermo Castro

Date: January 24, 2014

LF-31 (rev. 01/08/10)