**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

www.flsb.uscourts.gov

In re:   Guillermo Castro,                                    Case No.13-35361
                                                              Chapter 13

             Debtor(s) .
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 27, 2014 a copy of the debtor's Third Amended Chapter 13 Plan was transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and sent by U.S. Mail to:**

Ariel Fund 2013 Tax LLC
5151 Collins Avenue, Suite 1727
Miami Beach, FL 33140

City of Opa Locka Dept. of Public Works
12950 NW 42nd Avenue
Opa Locka, FL 33054

City of Opa Locka
Code Enforcement
P. O. Box 540371
Opa Locka, FL 33054

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

Michael Carroll, Esquire
Ocean Bank Legal Dept.
780 NW Le Jeune Rd., Suite #500
Miami, FL 33126-5540

Attn.: Ivan Castaneda/Ocean Bank
780 NW Le Jeune Rd., Suite #411
Miami, FL 33126

JPL Investment Corporation
8770 SW 72 Street, #382
Miami, FL 33173

Mathon Investment Corporation
8770 Sunset Drive, Suite 531
Miami, FL 33173

Miami Dade County Tax Collector
140 W. Flagler Street, Room #101
Miami, FL 33130

Case No.13-35361
Page -2-

                              Respectfully submitted,

                              LEGAL SERVICES OF GREATER
                              MIAMI, INC.


                              By  /s/  Carolina A. Lombardi
                                 Carolina A. Lombardi
                                 Florida Bar No.  241970
                                 Attorney for Debtor
                                 3000 Biscayne Boulevard, Suite 500
                                 Miami, FL 33137
                                 Telephone: (305) 438-2427
                                 Facsimile: (305) 573-5800
                                 Primary Email: Clombardi@lsgmi.org
                                 Secondary Email: Ozaribaf@lsgmi.org