**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Guillermo Castro                             Case No: 13-35361
                                                    Chapter 13
       Debtor
_____ /

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

      **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

      **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

      **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

      Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor objects to the following claim filed in this case :

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 4 | Internal Revenue Service | $5,523.83 | Creditor is claiming $5,523.83, which is composed of 2010 income taxes of $4,504.97 with $272.27 interest and 2012 income taxes of $735.02 with $11.57 in interest. Debtor does not owe any income taxes for 2012 because his |

        earnings for 2011 fell below the IRS filing threshold. Debtor owes only 2010 income taxes of $4,504.97 with $272.27 interest.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated June 30, 2015        Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By   /s/ Carolina A. Lombardi
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite #500
Miami, FL 33137
Telephone: (305) 438-2427
Fax: (305) 573-5800
Email:CLombardi@legalservicesmiami.org
Alt Email: SFeire@legalservicesmiami.org