

ORDERED in the Southern District of Florida on July 2, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Guillermo Castro                            Case No: 13-35361
                                                   Chapter 13
            Debtor
_____ /

### ORDER SUSTAINING OBJECTIONS TO CLAIM

THIS CAUSE having come before the court upon the Attorney for Debtor's Objections to Claim and Certification of No Response and this court having considered the basis for the objections to the claims, and being otherwise duly advised in the premises, it is

**ORDERED** that Attorney for Debtor's objections to the following claims are sustained.

| Claim No. | Name of Claimant | Amount of Claim | Disposition |
|---|---|---|---|
| 2 | JPL Investments Corp. | $23,977.35 | Creditor is claiming $23,977.35, which is the amount due as of December 4, 2013, instead of claiming the amount due as of the Chapter 13 filing, which is $23,544.13. Claim is allowed for $23,544.13. |

| | | | |
|---|---|---|---|
| 3-1 | JPL Investments Corp. | $4,688.70 | Creditor is claiming $4,688.70, which is the amount due as of December 4, 2013, instead of claiming the amount due as of the Chapter 13 filing, which is $4,560.97. Claim is allowed for $4,560.97. |

**Submitted by:**
Carolina A. Lombardi, Attorney for Debtor

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F)