United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 13-35361-RAM
Guillermo Castro                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-1          User: covington          Page 1 of 1          Date Rcvd: Sep 21, 2017
                             Form ID: pdf004           Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db           +Guillermo Castro,    905 Opa Locka Boulevard,    Opa Locka, FL 33054-3909
cr           +Ocean Bank,   c/o Michael Carroll, Esq.,    780 NW 72 Ave #500,    Miami, FL 33150
91794743     +Ariel Fund 2013 Tax LLC,    5151 Collins Avenue Suite 1727,    Miami Beach, FL 33140-2717
91866014     +City of Opa Locka,    Code Enforcement,    P. O. Box 540371,    Opa Locka, FL 33054-0371
91794744     +City of Opa Locka Dept Public Works,    12950 N.W. 42nd Ave.,    Opa Locka, FL 33054-4403
91794745     +JPL Investment Corporation,    Attn: Ivan Castaneda/Ocean Bank,    780 NW 42 Avenue Suite 411,
              Miami, FL 33126-5536
91980230     +JPL Investments Corp,    8724 SW 72 St #382,    Miami, FL 33173-3512
91794746     +Mathon Investments Corporation,    8770 Sunset Drive #531,    Miami, FL 33173-3512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2017 23:51:51     Jefferson Capital Systems LLC,
              PO Box 7999,    St Cloud, MN 56302
91866013     +E-mail/Text: cio.bncmail@irs.gov Sep 21 2017 23:51:14     Internal Revenue Service,
              7850 SW 6th Court,    Stop 5730,    Plantation, FL 33324-3210
91850694      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2017 23:51:51     Jefferson Capital Systems LLC,
              PO BOX 7999,    SAINT CLOUD MN 56302-9617
91794747     +E-mail/Text: mdtcbkc@miamidade.gov Sep 21 2017 23:51:30     Miami Dade County Tax Collector,
              140 W. Flagler, Room 101,    Miami, FL 33130-1559
                                                                                     TOTAL: 4


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91866012*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
91982298*      Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Carolina A Lombardi    on behalf of Debtor Guillermo  Castro CLombardi@legalservicesmiami.org,
              mcabrera@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Michael R. Carroll, Esq.    on behalf of Creditor    Ocean Bank mcarroll@oceanbank.com
              Nancy K. Neidich    e2c8f01@ch13miami.com,    ecf2@ch13miami.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                             TOTAL: 4



**ORDERED in the Southern District of Florida on September 20, 2017.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:

GUILLERMO CASTRO

DEBTOR_____/

CASE NO.: 13-35361-BKC-RAM
PROCEEDING UNDER CHAPTER 13

### ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on September 19, 2017, on the debtor's motion to reinstate case. The court, if applicable, has entered an order reopening the case and the debtor has paid all required reopening fees. Based on the record, it is

**Ordered as follows:**

1. The motion is granted and this case is **REINSTATED**. Pursuant to 11 U.S.C. §362(c)(2)(B), the automatic stay terminated on the date this case was dismissed and was not in effect from that date until the entry of this order.

2. The Trustee's Final Report, if any filed, is deemed withdrawn and the Order Discharging Trustee, if entered, is deemed vacated.

3. If not previously filed, any and all documents required to be filed by the debtor(s) under 11 U.S.C. §521(a)(1), Bankruptcy Rule 1007, and Local Rule 1007-1 shall be filed no later than 14 days after entry of this order.

4.  The following checked provision(s) also apply:

[ ] This case was dismissed prior to the conclusion of the meeting of creditors, under 11 U.S.C. §341. A new §341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court. The notice shall also establish a new deadline to file a proof of claim and deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts.

[ ] This case was dismissed after the §341 meeting of creditors was concluded but prior to or at the hearing on confirmation. (If applicable) A further §341 meeting will be conducted at CLAUDE PEPPER FEDERAL BUILDING, 51 SW FIRST AVENUE, ROOM 102, MIAMI, FL 33130. A new confirmation hearing is scheduled for , at at UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128. The deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts, is . The deadline for filing claims (except for governmental units) is . Previously filed claims need not be refiled.

[ ] This case was dismissed after the §341 meeting of creditors was conducted and after the expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original deadline to file claims, but prior to or at the hearing on confirmation. No new deadlines shall be reset. (If applicable) A further §341 meeting will be conducted at CLAUDE PEPPER FEDERAL BUILDING, 51 SW FIRST AVENUE, ROOM 102, MIAMI, FL 33130. A new confirmation hearing is scheduled for , at at UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 4, MIAMI, FL 33128.

[X] This case was dismissed after the §341 meeting of creditors and confirmation hearing and expiration of the deadline to file a motion objecting to discharge under §1328(f) or to file a complaint objecting to dischargeability of certain debts and the original claims bar date. No new §341 meeting, confirmation hearing, or deadlines shall be set, and the case shall proceed in the normal course under the confirmed plan.

[X]  If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide protection of creditors' vested interests, in the event of conversion to another chapter or dismissal of this reinstated case prior to confirmation, all plan payments made to the Trustee prior to entry of an order of conversion or dismissal shall be paid to administrative, secured, and priority creditors pursuant to the terms of the last filed plan, less any fees and costs, and not returned to the debtor.

### ###

**Prepared By:**

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**Submitted By:** Counsel for the debtor(s)

**Copies to:**

All parties of record by the Clerk of Court.