

**ORDERED in the Southern District of Florida on January 15, 2018.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re: Guillermo Castro                                     Case No: 13-35361 RAM
                                                            Chapter 13

                    Debtor

_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

This matter having been considered without hearing upon the Debtor's Objection to Claim [DE47] and the objector by submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim, it is

ORDERED that Debtor's objection to the following claim is sustained:

| Claim Holder | Claim No. | Disposition |
| --- | --- | --- |
| Internal Revenue Service | 4-1 | Debtor's Objection is sustained and the IRS priority claim is allowed for 2010 income taxes of $4,504.97 and $272.27 in interest for a total allowed priority claim of $4,777.24. |

Submitted by:
Carolina A. Lombardi, Attorney
Legal Services of Greater Miami Inc.
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street #100
Miami, FL 33143
Phone and Facsimile: (305) 438-2427
Email:CLombardi@legalservicesmiami.org
Alt Email: SFeire@legalservicesmiami.org

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).