```
                         United States Bankruptcy Court
                          Southern District of Florida
In re:                                                    Case No. 13-35361-RAM
Guillermo Castro                                          Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: covington            Page 1 of 1               Date Rcvd: Dec 19, 2018
                              Form ID: 3180W             Total Noticed: 14
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2018.
db             +Guillermo Castro,    905 Opa Locka Boulevard,    Opa Locka, FL 33054-3909
cr             +Ocean Bank,    c/o Michael Carroll, Esq.,    780 NW 72 Ave #500,    Miami, FL 33150
91794743       +Ariel Fund 2013 Tax LLC,    5151 Collins Avenue Suite 1727,    Miami Beach, FL 33140-2717
91866014       +City of Opa Locka,    Code Enforcement,    P. O. Box 540371,    Opa Locka, FL 33054-0371
91794744       +City of Opa Locka Dept Public Works,    12950 N.W. 42nd Ave.,    Opa Locka, FL 33054-4403
91794745       +JPL Investment Corporpation,    Attn: Ivan Castaneda/Ocean Bank,    780 NW 42 Avenue Suite 411,
                 Miami, FL 33126-5536
91980230       +JPL Investments Corp,    8724 SW 72 St #382,    Miami, FL 33173-3512
91794746       +Mathon Investments Corporation,    8770 Sunset Drive #531,    Miami, FL 33173-3512
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: FLDEPREV.COM Dec 20 2018 05:58:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallhassee, FL  32314-6668
ust            +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 20 2018 01:51:16      Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
cr              EDI: JEFFERSONCAP.COM Dec 20 2018 05:58:00      Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302
91866013       +EDI: IRS.COM Dec 20 2018 06:03:00      Internal Revenue Service,    7850 SW 6th Court,
                 Stop 5730,    Plantation, FL 33324-3210
91850694        EDI: JEFFERSONCAP.COM Dec 20 2018 05:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
91794747       +E-mail/Text: mdtcbkc@miamidade.gov Dec 20 2018 01:51:26      Miami Dade County Tax Collector,
                 140 W. Flagler, Room 101,    Miami, FL 33130-1559
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
91866012*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
91982298*      Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
          Carolina A Lombardi    on behalf of Debtor Guillermo  Castro CLombardi@legalservicesmiami.org,
           sfreire@legalservicesmiami.org;pleadings@legalservicesmiami.org
          Michael R. Carroll, Esq.    on behalf of Creditor    Ocean Bank mcarroll@oceanbank.com
          Nancy K. Neidich     e2c8f01@ch13miami.com, ecf2@ch13miami.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Guillermo Castro** | Social Security number or ITIN **xxx–xx–7732** |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Southern District of Florida** | | |
| Case number: **13–35361–RAM** | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Guillermo Castro**

December 19, 2018    **By the court:** _[signature]_

**Robert A Mark**
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**